E-FILED
Wednesday, 15 December, 2004  04:21:03 PM
Clerk, U.S. District Court, ILCD

AO 470 (8/85) Order of Temporary Detention

# United States District Court

Central DISTRICT OF Illinois

**FILED**
DEC 15 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Jeffrey Lynn Crotty, Jacob Paul Shannon
Joshua S. Reynolds
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 04-6427 M

Upon motion of the __United States Government__, it is ORDERED that a detention hearing is set for __Mon. 12/20/04__ * at __10:30 AM__
                                          Date                                          Time

before __U.S. Magistrate Judge Thomas J. Shields__
*Name of Judicial Officer*

__211 19th Street, Rock Island, IL__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
*Other Custodial Official*

Date: __12-15-04__

S/Thomas J. Shields
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.